AO 245D (Rev. 12/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

JONATHAN RYLES

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 7:12-CR-00029-001-WLS-ALS-1
USM No. 96020-020
Chauntilia K. Adaway
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 6 of the term of supervision.

☒ was found in violation of condition(s) 1, 2, 4, 5 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Mandatory Condition | 08/06/2025 |
| 2 | Violation of Mandatory Condition | 08/06/2025 |
| 4 | Violation of Mandatory Condition | 08/06/2025 |
| 5 | Violation of Mandatory Condition | 08/06/2025 |
| 6 | Violation of Standard Condition | 08/06/2025 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated violation 3 and is discharged as to such violation.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 0461

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:

Moultrie, Georgia

August 26, 2026
Date of Imposition of Judgment

W. Louis Sands
Signature of Judge

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE
Name and Title of Judge

10/06/2026
Date

AO 245D Judgment in a Criminal Case for Revocations
Rev. 12/19) Sheet 2— Imprisonment



DEFENDANT: JONATHAN RYLES
CASE NUMBER: 7:12-CR-00029-001-WLS-ALS-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Thirty-six (36) months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ________ ☐ a.m. ☐ p.m. on ________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ________ to ________

at ________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL